# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD M. GILBERT,

    Petitioner,

vs.

DON HELLING, *et al.*,

    Respondents.

3:06-cv-00027-LRH-RAM

ORDER

    Following upon the petitioner's letter (#29) requesting a status check, the Court informs petitioner that this matter remains under submission with older submitted matters ahead of it currently under consideration. The Court will endeavor to resolve this matter as promptly as possible taking into account the number of older cases that presently are pending for decision.

    DATED this 13th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE