# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD M. GILBERT, | |
| Petitioner, | 3:06-cv-00027-LRH-RAM |
| vs. | ORDER |
| DON HELLING, *et al.*, | |
| Respondents. | |

Following upon the petitioner's letter (#32) requesting a status check, the Court informs petitioner that an order on the petition will be issued within sixty days.

DATED this 12th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE