AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

EDWARD M. GILBERT,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                   CASE NUMBER: **3:06-cv-00027-LRH-RAM**

DON HELLING, et al.,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus shall be DENIED on the merits and that this action shall be DISMISSED with prejudice. Final judgment is entered in favor of respondents and against petitioner.

  February 27, 2009                                    **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ P. McDonald
                                                          Deputy Clerk